**DISMISS and Opinion Filed May 8, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-01161-CV**
_____

**QUETRIVA R. BERGEN, Appellant**
**V.**
**THE FLATS AT FIVE MILE CREEK, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06902-B**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

On February 2, 2024, we sent a letter to the parties questioning our jurisdiction because it appears the judgment is not final and definite because although it awards post-judgment interest on unpaid rent and attorney's fees it does not state an amount on unpaid rent or attorney's fees. We directed appellant to file a letter brief addressing our jurisdictional concern no later than February 12, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal

without further notice.  To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.[1]

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Emily Miskel/
EMILY MISKEL
JUSTICE

231161F.P05

---

[1] Appellant filed a "response" which consists of two email chains.  Appellant does not explain the relevance of the emails, nor did she address the jurisdictional question presented to her for briefing.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

QUETRIVA R. BERGEN, Appellant

No. 05-23-01161-CV          V.

THE FLATS AT FIVE MILE
CREEK, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-06902-
B.

Opinion delivered by Justice Miskel.
Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 8, 2024